

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAVARO LEYVA,<br><br>Defendant. | Case No. 2:18-CR-00173-GW-31<br><br>ORDER OF DETENTION |

I.

On July 9, 2018, Defendant made his initial appearance in this district on the Indictment filed in the United States District Court for the Central District of California, Case No. 2:18-CR-00173-GW.

The Court notes that, although Defendant's name in the caption for this case is "ALAVARO LEYVA" Leyva, Defendant spelled his first name as "ALVARO" in both his Advisement of Defendant's Statutory and Constitutional Rights (form CR-10), and his Financial Affidavit in support of appointment of counsel.

The Court appointed Robinson Harley, an attorney on the Indigent Defense Panel, to represent Defendant.

Defendant submitted on the Pretrial Services Officer's recommendation of detention.

The Court conducted a detention hearing based on:

- ☒ a motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that Defendant will flee.

Based on that hearing, the Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)]. The Court further finds that the Defendant has not rebutted the presumption under 18 U.S.C. § 3142(e)(2-3) by sufficient evidence to the contrary.

## II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ active warrant (LACBA4581400A) for violation of 11378 HS: Possession of Methamphetamine for Sale;
- ☒ criminal history;
- ☒ unknown background information;
- ☒ no bail resources;
- ☒ alleged offense conduct which involves conspiracy with others by carrying out orders of the Mexican Mafia LACJ Enterprise within the Los Angeles County Jail system

As to danger to the community:

- ☒ criminal history;
- ☒ alleged gang association;
- ☒ active warrant (detailed above)
- ☒ alleged offense conduct (detailed above).

## III.

In reaching this decision, the Court considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

V.

IT IS THEREFORE ORDERED that Defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: July 9, 2018 \_\_\_\_/s/_____
HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE